AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

JAMES E. EVANS,

V.

CITY OF MILLBROOK,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV1118-WKW

TO: (Name and address of Defendant)

CITY OF Millbrook
C/O AL KELLY, MAYOR
~~CITY OF MILLBROOK~~
3390 MAIN STREET
MILLBROOK AL 36054

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH D. HAYNES
1600 WOODMERE DRIVE
BIRMINGHAM AL 35226

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    12/21/07
CLERK                               DATE

(By) DEPUTY CLERK