| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery 1/4/08<br>C. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>City of Millbrook<br>/o: Al Kelly, Mayor<br>3390 Main Street<br>Millbrook, AL 36054 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07CV1118<br>S+C |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number *(Copy from service label)*<br>7004 2510 0002 1981 1764 | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952