IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James E. Evans | * | |
| Plaintiff, | * | |
| vs. | * | 2:07-cv-1118-WKW |
| City of Millbrook | * | |
| Defendant. | * | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, April W. McKay of the law firm of Nix Holtsford Gilliland Higgins & Hitson, P.C., and hereby enters her appearance as additional counsel for the City of Millbrook, Alabama.

Respectfully submitted this the 9th day of January, 2008.

                                          s/ April W. McKay
                                          Alex L. Holtsford, Jr. (HOL048)
                                          Rick A. Howard (RAH045)
                                          April W. McKay (WIL304)
                                          Attorneys for Defendant

OF COUNSEL:

Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Kenneth D. Haynes
HAYNES & HAYNES, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226

Priscilla Black Duncan
P.B. DUNCAN & ASSOCIATES
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104

by placing same in the United States Mail, postage prepaid, on this the 9th day of January, 2008.

s/ April W. McKay
OF COUNSEL