IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James E. Evans | * | |
| Plaintiff, | * | |
| vs. | * | 2:07-cv-1118-WKW |
| City of Millbrook | * | |
| Defendant. | * | |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW City of Millbrook, Alabama, a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Al Kelly | City of Millbrook Mayor |
| Teresa Mercer | City of Millbrook Clerk |
| Freddy J. Watts | City of Millbrook Council Member |
| Joe Lott | City of Millbrook Council Member |
| Anita Weaver | City of Millbrook Council Member |
| Cletus McGee | City of Millbrook Council Member |
| Victor Long | City of Millbrook Council Member |
| Bob E. Allen | City of Millbrook City Attorney |

| | |
|---|---|
| P.K. Johnson | City of Millbrook Assistant Chief of Police |
| Kenneth Bradley | City of Millbrook Police Chief |

s/ Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (RAH045)
April W. McKay (WIL304)
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Kenneth D. Haynes
HAYNES & HAYNES, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226

Priscilla Black Duncan
P.B. DUNCAN & ASSOCIATES
472 South Lawrence Street, Suite 204
Montgomery, Alabama 36104

by placing same in the United States Mail, postage prepaid, on this the 10TH day of January, 2008.

s/ Rick A. Howard
OF COUNSEL